UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Medical Alternatives, Inc

                   Plaintiff(s),                    Case No. 22-cv-12467

v.                                                   Laurie J. Michelson

Horace Mann Insurance Company                    Jonathan J.C. Grey

                   Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Horance Mann Insurance Company

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Horace Mann Educators Corporation
   Relationship with Named Party: Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: October 14, 2022                    /s/ A. Adam Post, II

                                                     P75321
                                                     Zausmer, PC
                                                     32255 Northwestern Highway, Suite 225
                                                     Farmington Hills, MI 48334
                                                     (248) 851-4111
                                                     apost@zausmer.com