UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEDICAL ALTERNATIVES, INC.,
a Michigan corporation,

       Plaintiff,

Hon.: Laurie J. Michelson
Referee: Jonathan J.C. Grey

Case No: 22-cv-12467

L.C. Case No. 22-000853-NF

v.

HORACE MANN INSURANCE COMPANY, a foreign insurance company,

       Defendant.

_____/

| STEPHEN H. SINAS (P71039) | A. ADAM POST II (P75321) |
|---|---|
| Sinas Dramis Law Firm | Zausmer, P.C. |
| Attorneys for Plaintiff | Attorney for Defendant |
| 3380 Pine Tree Road | 32255 Northwestern Highway, Suite 225 |
| Lansing, MI 48911 | Farmington Hills, MI 48334-1574 |
| (517) 394-7500 | (248) 851-4111 Fax: (248) 851-0100 |
| steveandstaff@sinasdramis.com | apost@zausmer.com |
| stevesinas@sinasdramis.com | |

_____/

## STIPULATED ORDER OF DISMISSAL

This matter having come before this Honorable Court by stipulation and agreement between the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

Zausmer, P.C.
32255 Northwestern Highway, Suite 225, Farmington Hills, MI 48334-1574
146 Monroe Center St., NW, Suite 805, Grand Rapids, MI 49503-2844

IT IS HEREBY ORDERED that Plaintiff's Complaint and claims against Defendant are dismissed in accordance with the terms of the executed Release with prejudice and without costs to any party.

 IT IS SO ORDERED.

This is a final Order and does Close this case.

Dated: October 9, 2024

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE

Approved as to form and substance:

/s/ *Stephen H. Sinas* (with consent)
STEPHEN H. SINAS (P71039)
Sinas Dramis Law Firm
Attorneys for Plaintiff

/s/ *A. Adam Post, II*
A. ADAM POST II (P75321)
Zausmer, P.C.
Attorney for Defendants

Drafted By: A. Adam Post, II

Zausmer, P.C.
32255 Northwestern Highway, Suite 225, Farmington Hills, MI 48334-1574
146 Monroe Center St., NW, Suite 805, Grand Rapids, MI 49503-2844